# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CARLOS RUIZ,

    Plaintiff,

vs.

BRIAN E. WILLIAMS, et al.,

    Defendants.

Case No. 2:14-cv-00412-JAD-CWH

**ORDER**

    Defendants having filed a motion to extend stay for settlement purposes (#10), and good cause appearing;

    IT IS THEREFORE ORDERED that defendants' motion to extend stay for settlement purposes (#10) is **GRANTED**. Defendants shall have until February 20, 2015, to file the report required by the court's order of October 23, 2014 (#7).

    DATED: January 22, 2015.

                                                    JENNIFER A. DORSEY
                                                    United States District Judge