UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS RUIZ, | 2:14-cv-00412-JAD-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| BRIAN E. WILLIAMS, et al., | |
| Defendants. | |

Presently before the court is Defendants' Motion for Extension of Time to File Motion for Summary Judgment (ECF No. 28), filed on January 8, 2016.  Defendants request to extend the deadline for filing motions for summary judgment, which is currently January 18, 2016, by 30 days.  The court has read and considered the motion, and finds that good cause exists to grant the motion and that Defendants have demonstrated excusable neglect for their failure to file the motion at least 21 days before the dispositive motion deadline.

IT IS THEREFORE ORDERED that Defendants' Motion for Extension of Time to File Motion for Summary Judgment (ECF No. 28) is GRANTED.

IT IS FURTHER ORDERED that the dispositive motions deadline is extended to February 17, 2016.

DATED: January 13, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE